IN THE SUPREME COURT 227

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
27 AUGUST 2013

| 296P13 | In the Matter of the Foreclosure of a Deed of Trust Executed by Angela Anita Thomas in the Original Amount of $136,881.00 Dated February 9, 2007, Recorded in Book 00749, Page 0200, Hoke County Registry Substitute Trustee Services, Inc., Substitute Trustee | Appellant's (Angela Anita Thomas) *Pro Se* Motion for NOA (COA13-443) | Dismissed *Ex Mero Motu* |
| 298P13 | State v. Paul Dial | 1. Def's Motion for Temporary Stay (COA12-1334)<br><br>2. Def's Petition for *Writ of Supersedeas* | 1. Allowed **07/05/13**<br><br>2. |
| 300P13 | State v. Leon Gerald Martin | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1080) | Denied<br><br>**Jackson, J., Recused** |
| 301P13 | State v. Deborah Gay Rhodes | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1143) | Denied |
| 304P13 | Toni Anway, Dr. Ernest Bernsford, Elizabeth Bosarge, Calvin Bosarge, Calvin Bosarge, Jr., Alonzo Edwards, Terry Fleming, Regina C. Fleming, Iris J. Fleming, Jerry V. Fleming, Hector Garcia, Elizabeth Langdon, Paul Mees, and Gladys Mees v. Silver Creek Community Property Owners Association, Inc. | 1. Plts' Motion for Temporary Stay (COA12-1460)<br><br>2. Plts' Petition for *Writ of Supersedeas*<br><br>3. Plts' PDR Under N.C.G.S § 7A-31 | 1. Allowed **07/09/13**<br><br>2.<br><br>3. |